IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES MICHAEL PRESTON,

    Petitioner,

    v.

DAVID EBERT, WARDEN,

    Respondent.

No. 3:12-cv-1058

(Judge Mariani)

## ORDER

**NOW**, this 25th day of August, 2014, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Petition for Writ of Habeas Corpus, (Doc. 1), is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge